IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. BREDFIELD, | No. 2:12-CV-1478-CMK-P |
|     Petitioner, | |
|  vs. | ORDER |
| UNKNOWN, | |
|     Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 2, 2012, the court dismissed petitioner's petition and directed petitioner to file an amended petition within 30 days naming the correct respondent. Petitioner was warned that failure to file an amended petition may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110. To date, petitioner has not complied. Specifically, while petitioner has filed three separate amended petitions since the court's original order, none names the correct respondent. Petitioner names as respondent to the first amended petition "Siskiyou County Superior Court Hon. Laura Masunaga Judge." In the second amended petition, petitioner names as respondent "People of the State of California." In the third amended petition, petitioner names

1  "3rd District Appellate Court."

2　　　　Petitioner shall show cause in writing, within 30 days of the date of this order,
3  why this action should not be dismissed for failure to file an amended petition naming the correct
4  respondent.  Petitioner is again warned that failure to respond to this order may result in
5  dismissal of the action for the reasons outlined above, as well as for failure to prosecute and
6  comply with court rules and orders.  See id.

7　　　　IT IS SO ORDERED.

8

9  DATED: March 9, 2016

10

11　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE