# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. BREDFIELD, | No. 2:12-CV-1478-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| UNKNOWN, | |
| Respondent. | |
| _____ / | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party has been served or appeared in the action.

On October 2, 2012, the court dismissed petitioner's petition and directed petitioner to file an amended petition within 30 days naming the correct respondent. Petitioner was warned that failure to file an amended petition may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110. As of March 10, 2016, petitioner had not complied. Specifically, while petitioner has filed three separate amended petitions since the court's original order, none names the correct respondent.

1  Petitioner names as respondent to the first amended petition "Siskiyou County Superior Court
2  Hon. Laura Masunaga Judge."  In the second amended petition, petitioner names as respondent
3  "People of the State of California."  In the third amended petition, petitioner names "3rd District
4  Appellate Court."
5       Petitioner was directed to show cause in writing why this action should not be
6  dismissed for failure to comply with court orders.  That order was returned as undeliverable on or
7  about March 21, 2016, because petitioner is deceased.  Accordingly, this action is dismissed and
8  the Clerk of the Court is directed to enter judgment and close this file.
9       IT IS SO ORDERED.

 DATED:  March 31, 2016

                                    _____
                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE